**Order entered September 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00937-CV

**ROBERT KUBICEK AND 2205 ESTATES PARKWAY, LUCAS, TEXAS, IN REM,**
**Appellants**

**V.**

**CITY OF LUCAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00147-2018**

## ORDER

Before the Court is appellants' September 5, 2019, first motion for extension to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due on or before September 16, 2019.

/s/     ERIN A. NOWELL
          JUSTICE